# Third District Court of Appeal
## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-494
Lower Tribunal No. 18-36132

————————

**Judith Elaine Marsie-Hazen**,
Appellant,

vs.

**City of Miami Gardens,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Remer & Georges-Pierre, PLLC, and Peter M. Hoogerwoerd, for appellant.

Lydecker, LLP and Forrest L. Andrews, for appellee.

Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.